AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

ROBERT CHAPPELL,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-cv-00704-LRH-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' (#7) Motion to Dismiss is GRANTED. IT IS FURTHER ORDERED that this action is DISMISSED.

  March 26, 2008             **LANCE S. WILSON**
                                            Clerk

                                          /s/ Kalani Lizares
                                              Deputy Clerk